# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>Carlos Daniel GASTELUM BUSTAMANTE<br><br>*Defendant(s)* | Case No. 2:23-mj-0116 JDP |

**FILED**
Aug 10, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 2, 2023__ in the county of __San Joaquin__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| **COUNT ONE** | Possession with Intent to Distribute at least 400 grams of a mixture and substance containing Fentanyl, in violation of 21 U.S.C. § 841(a)(1) (May 2, 2023). |
| **COUNT TWO** | Possession with Intent to Distribute at least 50 grams of Methamphetamine (actual), in violation of 21 U.S.C. § 841(a)(1) (May 2, 2023). |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

/s/ Matthew Clayton
*Complainant's signature*

DEA Special Agent, Matthew Clayton
*Printed name and title*

Sworn to before me and signed telephonically.

Date: August 10, 2023

*Judge's signature*

City and state: Sacramento, California          Jeremy D. Peterson, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT OF DEA SPECIAL AGENT MATTHEW CLAYTON IN SUPPORT OF CRIMINAL COMPLAINT

1. I, Drug Enforcement Administration ("DEA") Special Agent Matthew Clayton, being duly sworn, hereby state:

## SCOPE OF REQUESTED CRIMINAL COMPLAINT

2. This affidavit supports an application for a criminal complaint and arrest warrant for:

    i. Carlos Daniel GASTELUM BUSTAMANTE
       (Counts 1, 2)

    COUNT ONE –   Possession with Intent to Distribute at least 400 grams of a mixture and substance containing Fentanyl, in violation of 21 U.S.C. § 841(a)(1) (May 2, 2023).

    COUNT TWO –   Possession with Intent to Distribute at least 50 grams of Methamphetamine (actual), in violation of 21 U.S.C. § 841(a)(1) (May 2, 2023).

## BACKGROUND AND EXPERTISE

3. I am a Special Agent of the United States Department of Justice, Drug Enforcement Administration (the "DEA"). I have been a DEA Special Agent since September 2004. I am currently assigned to the DEA Sacramento District Office ("SDO") charged with investigating major drug trafficking organizations operating in the Eastern District of California. I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

4. I was trained as a DEA Special Agent at the DEA/FBI Academy, Quantico, Virginia. During my training, I received special training in the Controlled Substances Act, Title 21 United States Code, including, but not limited to, Sections 841 and 846, Controlled Substance Violations and Conspiracy to Commit Controlled Substance Violations, respectively. I have received special training regarding criminal organizations engaged in conspiracies to manufacture and/or possess with intent to distribute fentanyl, counterfeit pharmaceutical tablets, ecstasy/MDMA, methamphetamine, cocaine, cocaine base, heroin, marijuana, and other dangerous drugs prohibited by law. I received further

training in search and seizure law and many other facets of drug law enforcement including clandestine laboratory investigations.

5. As a DEA agent, I have assisted in the execution of search warrants on many occasions for controlled substances and/or related paraphernalia, indicia, and other evidence of violations of federal drug statutes. I have participated in multiple investigations targeting individuals and organizations trafficking fentanyl, counterfeit pharmaceutical tablets, ecstasy/MDMA, cocaine, heroin, marijuana, methamphetamine and other drugs. During the course of these investigations, I have become familiar with the manner in which drug traffickers use telephones, often cellular telephones, to conduct their illegal operations. I have participated in wire interception cases encompassing multiple telephones and have previously written wire interception affidavits. Furthermore, I have served as both a monitor and wire room supervisor on federal wiretap investigations. Additionally, I have attended the California Department of Justice's eight-hour wire interception certification course, as set out in California Penal Code § 629.94.

6. Through my training, experience, and interaction with other experienced Special Agents, Task Force Agents, and other drug investigators, I have become familiar with the methods employed by drug traffickers to smuggle, safeguard, store, transport, and distribute drugs, to collect and conceal drug related proceeds, and to communicate with other participants to accomplish such objectives. These methods include the use of telephones, pre-paid or debit calling cards, public telephones, wireless communications technology such as paging devices and cellular telephones, counter-surveillance, elaborately planned smuggling schemes tied to legitimate businesses, and use of codes in communications in an attempt to avoid detection by law enforcement. Based on my training and experience, I also know that violators of the controlled substances laws often purchase telephones or subscribe to telephone service using false names and/or other individuals' names to avoid detection by law enforcement.

7. In addition to my personal knowledge, this affidavit is based on (1) information I obtained from related investigations; (2) conversations with other law enforcement officers including oral and written investigative and laboratory reports that I received directly or indirectly from other law enforcement officials; (3) review and analysis of information received from various sources, including evidence provided pursuant to subpoenas and search warrants, such as GPS tracking data; (4) physical surveillance conducted by law enforcement officials reported to me either directly or indirectly; (5) a review of public records, telephone toll records, and subscriber information; (6) information provided from confidential sources of information, cooperating defendants, and other sources of information working with law enforcement agencies; (7) a review of driver's license and automobile registration records; (8) records from various law

enforcement databases, including but not limited to the National Law Enforcement Telecommunications System ("NLETS") and the National Crime Information Center ("NCIC"); (9) my training and experience as a DEA agent; and/or (10) the training and experience of other law enforcement officials with whom I consulted during this investigation and the preparation of this Affidavit.

8. Because this affidavit is submitted for the limited purpose of supporting the requested criminal complaint and arrest warrant, I have not included the details of every aspect of the investigation. I have set forth only the facts that I believe are necessary to establish a foundation for an order authorizing the arrest of the individual identified in this affidavit.

## STATEMENT OF PROBABLE CAUSE

### *Arrest of Carlos Daniel GASTELUM BUSTAMANTE and seizures of approximately 50 pounds of methamphetamine and approximately 40,000 suspected counterfeit oxycodone M30 pills on July 27, 2021 in Rocklin, CA.*

9. On July 27, 2021, the California Highway Patrol (CHP) conducted a traffic stop on a silver 2002 Acura TL, bearing CA license plate number 5NHY375, registered to Carlos Daniel BUSTAMANTE (further identified as Carlos Daniel GASTELUM BUSTAMANTE, and hereafter referred to as GASTELUM BUSTAMANTE), for speeding and having tinted windows, on eastbound I-80 in Rocklin, CA. Pursuant to the traffic stop, the three (3) occupants of the Acura TL were identified as follows: (1) Bryan De Jesus FELIX (driver), (2) GASTELUM BUSTAMANTE (front passenger), and (3) Jose CABRERA (rear passenger). CHP then utilized a narcotics detection canine to conduct an open-air sniff of the Acura TL resulting in a positive alert for the odor of narcotics, initially on the exterior of the trunk and then on the bottom rear seat seam and the small hatch that allows access to the trunk from the rear seat within the vehicle. CHP then searched the Acura TL and in the trunk of the vehicle located a large cardboard box containing approximately forty-nine (49) zip lock bags each containing a white crystal-like substance. CHP also found in the trunk a cat litter box containing a large quantity of suspected counterfeit oxycodone M30 pills (estimated to be approximately 40,000 pills in total), and a backpack containing another zip lock bag with a white crystal-like substance (for a total of approximately 50 pounds of white crystal-like substance when combined with the aforementioned bags in the cardboard box); the white crystal-like substance later presumptive field tested positive for methamphetamine. All of the occupants of the Acura TL were then arrested by CHP.

10. GASTELUM BUSTAMANTE was convicted of two felony offenses resulting from this arrest, Transport/Sell Narcotic/Controlled Substance, in violation of Cal. HS Code

§ 11352(a), and Transport/Etc. Controlled Substance, in violation of Cal. HS Code § 11379(a).  GASTELUM BUSTAMANTE was sentenced to two years jail and nine years probation.

***Arrest of GASTELUM BUSTAMANTE and seizures of approximately 1 pound of Methamphetamine and approximately 5,500 counterfeit M30 pills containing Fentanyl on May 2, 2023 in French Camp, CA.***

11. On May 2, 2023, within months of GASTELUM BUSTAMANTE's release from jail and while still on probation for his prior felony drug trafficking offenses, a CHP officer observed a white Volkswagen SUV, bearing Florida license plate number 90BYNZ, registered to "The Hertz Corporation," PO Box 24130, Oklahoma City, OK 73134-4130, traveling northbound on I-5 north in the Stockton, CA area.  Shortly thereafter, CHP conducted a traffic stop on the white Volkswagen SUV for following too closely, speeding, and having no front license plate, at the Mathews Rd W exit in French, Camp, CA.  During the traffic stop, CHP identified GASTELUM BUSTAMANTE as the driver and sole occupant of the white Volkswagen SUV.  CHP then utilized a narcotics detection canine to conduct an open-air sniff of the white Volkswagen SUV resulting in multiple positive alerts for the odor of narcotics, initially on the exterior of the open driver's side door and then on the center console within the vehicle.  CHP then searched the white Volkswagen SUV and located a small insulated zipper-top carrier above the spare tire in the rear of the vehicle, which contained four (4) ziplocked baggies containing a total of approximately 5,530 counterfeit M30 pills, and one (1) ziplocked baggie containing approximately one (1) pound of a white crystalline substance which later presumptive field tested positive for methamphetamine.  GASTELUM BUSTAMANTE was arrested for possession and transportation with intent to distribute controlled substances.  The methamphetamine and M30 pills were seized by CHP and transferred to DEA.  The M30 pills were later submitted to a DEA laboratory for analysis and determined to contain fentanyl and to weigh 587 grams net weight; the methamphetamine was also later submitted to a DEA laboratory for analysis and determined to weigh 444.1 grams net weight and to contain at least 417.2 grams of pure methamphetamine.  Fingerprint analysis on the ziplocked baggies containing the M30 pills revealed multiple latent prints belonging to GASTELUM BUSTAMANTE and also to his known girlfriend, Madison Joy WHITE.

12. CHP also seized GASTELUM BUSTAMANTE's cell phone, which DEA later searched pursuant to a federal search warrant.  On GASTELUM BUSTAMANTE's cell phone were numerous messages in which I believe, based on my training, experience and knowledge of this investigation, that GASTELUM BUSTAMANTE was communicating with multiple Sinaloa-based sources of supply regarding obtaining drugs, to include M30

pills and methamphetamine, and distributing those drugs in the United States. Messages on the cell phone were primarily in Spanish and were translated for me, in summary form, by a Spanish-speaking DEA analyst.

**CONCLUSION AND REQUEST TO SEAL**

13. This Affidavit contains information regarding potential targets, which if unsealed may jeopardize this investigation. In light of the ongoing nature of the investigation, and the likelihood that notice to above-identified individuals and/or their confederates may cause them to destroy evidence, flee from prosecution, and notify confederates, I request that this affidavit and resulting arrest warrant be sealed on the Court's docketing system, with the exception of copies utilized by law enforcement officers participating in the investigation.

14. I also hereby request that an arrest warrant be issued for Carlos Daniel GASTELUM BUSTAMANTE.

15. I swear, under the penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

_/s/ Matthew Clayton_
Matthew Clayton
Special Agent
Drug Enforcement Administration

Sworn and Subscribed to me telephonically on August 10, 2023.

_____
Hon. Jeremy D. Peterson
United States Magistrate Judge

Approved as to form:

_/s/ David Spencer_
David W. Spencer
Assistant United States Attorney

5